United States District Court
Southern District of Texas
**ENTERED**
November 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ZAPATA COUNTY, TEXAS, MELISSA CIGARROA, CCMD, LLC, AND GEORGE C RINCON, | § § § § | |
| Plaintiffs, | § § | 5:20-CV-106 |
| vs. | § § § | |
| DONALD J TRUMP, CHAD F. WOLF, AND MARK A. MORGAN | § | |
| Defendants. | | |

## ORDER

Pending before the Court is Defendants' Unopposed Motion to Extend Time for Defendants to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss the Amended Complaint. (Dkt. No. 22.) Defendants seek a fourteen-day extension from their December 1, 2020, deadline to reply to Plaintiffs' response. (*See id.*) The Motion is GRANTED to provide Defendant additional time to respond. Defendant is ORDERED to file a response no later than December 15, 2020.

Signed on November 27, 2020, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE