Case 5:20-cv-00106 Document 27 Filed on 01/12/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ZAPATA COUNTY, TEXAS, MELISSA CIGARROA, CCMD, LLC, AND GEORGE C RINCON, | § § § § | |
| Plaintiffs, | § § | 5:20-CV-106 |
| vs. | § § § | |
| DONALD J TRUMP, CHAD F. WOLF, AND MARK A. MORGAN | § | |
| Defendants. | | |

## ORDER

Pending before the Court is Defendants' second Unopposed Motion to Extend Time for Defendants to Reply to Plaintiffs' Response to Defendants' Motion to Dismiss the Amended Complaint. (Dkt. 24.) Defendants sought a seven-day extension from their December 15, 2020, deadline to reply to Plaintiffs' response.[1] (*Id.* at 2.) Due to the Court's own oversight, Defendants' motion went unaddressed. Nevertheless, Defendants filed their Reply in Support of their Amended Motion to Dismiss on December 22, 2020. (Dkt. 25.) But for its oversight, the Court would have timely granted Defendants' second, unopposed motion for an extension. Accordingly, the Court retroactively grants the motion.

Signed on January 12, 2021, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants' initial deadline to reply was December 1, 2020. (*See* Dkt. 22 at 2.) At Defendants' request, the Court extended that deadline to December 15, 2020. (*See* Dkt. 23.)