United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ZAPATA COUNTY, TEXAS, MELISSA CIGARROA, CCMD, LLC, AND GEORGE C RINCON, | § § § § | |
| Plaintiffs, | § § | 5:20-CV-106 |
| vs. | § § § | |
| DONALD J TRUMP,[1] CHAD F. WOLF,[2] AND MARK A. MORGAN,[3] | § | |
| Defendants. | | |

## ORDER

Pending before the Court is Defendant's Motion to Withdraw its Notice (Doc. 29) from the Court's consideration. After reviewing the Motion, it is ORDERED as follows:

The Defendant's Notice (Doc. No. 28) is WITHDRAWN and STRICKEN from the record. Pursuant to Federal Rule of Civil Procedure 25(d), the Court further ORDERS that Defendants Donald J. Trump, Chad F. Wolf, and Mark A. Morgan be substituted with Joseph R. Biden, Jr., David Pekoske, and Troy Miller.  The Clerk of the Court is DIRECTED to ensure that these substitutions are reflected in the docket. Finally, Defendants are reminded to notify the Court of the substitution of a party's name due to the public officer's succession.

Signed on January 27, 2021, at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

---

[1] On January 20, 2021, President Joseph R. Biden, Jr. was sworn into office.
[2] Chad Wolf is no longer Acting Secretary of Homeland Security.
[3] Mark A. Morgan is no longer Acting Commissioner of the United States Customs and Border Patrol.