United States District Court
Southern District of Texas
**ENTERED**
February 10, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ZAPATA COUNTY, TEXAS, MELISSA CIGARROA, CCMD, LLC, AND GEORGE C RINCON, | § § § § | |
| Plaintiffs, | § § | 5:20-CV-106 |
| vs. | § § § | |
| JOSEPH R BIDEN JR, DAVID PEKOSKE, AND TROY MILLER, | § | |
| Defendants. | | |

## ORDER FOR JOINT ADVISORY

On January 20, 2021, President Joseph R. Biden Jr., issued a proclamation halting construction on a wall along the southern border.[1] Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021).

In light of this proclamation, the parties are hereby **ORDERED** to issue a joint advisory regarding the status of this case and the propriety of staying the proceedings until March 21, 2021. The parties shall issue the advisory by no later than February 26, 2021.

Signed on February 10, 2021, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

---

[1] The proclamation directs the Secretary of Defense and the Secretary of Homeland Security to "direct the appropriate officials within their respective departments" to "pause work on each construction project on the southern border wall, to the extent permitted by law." Proclamation No. 10142, 86 Fed. Reg. 7225 (Jan. 20, 2021). The proclamation further provides that the relevant heads of executive departments "shall develop a plan for the redirection of funds concerning the southern border wall" within sixty days of the proclamation's issuance. *Id.* at 7226.