Case 5:20-cv-00106   Document 35   Filed on 05/24/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ZAPATA COUNTY, TEXAS, *et al*, § § § Plaintiffs, § VS. § § JOSEPH R BIDEN JR, *et al*, § § Defendants. § § | CIVIL ACTION NO. 5:20-CV-106 |

### ORDER

On May 21, 2021, Parties filed a Joint Advisory (Dkt. 34) pursuant to the Court's Order (Dkt. 33) staying the case until May 21, 2021. The Joint Advisory (Dkt. 34) informs the Court that Parties recommend the stay be extended until July 20, 2021 due to the Executive Branch's continued development of a border wall plan. (*Id.* at 2.) Courts have the discretionary authority to stay proceedings "in the interest of justice and in control of their dockets." *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 545 (5th Cir. 1983). After consideration of the relevant law and facts, the Court concludes that the interests of justice and judicial economy weigh in favor of staying all proceedings until July 20, 2021.

For the foregoing reasons, the instant case, Civil Action No. 5:20-CV-106, is hereby STAYED until **July 20, 2021**. It is further ORDERED that Parties file a joint advisory regarding the status of this case on or before **July 20, 2021**.

IT IS SO ORDERED.

SIGNED this 24th day of May, 2021.

_____
Diana Saldaña
United States District Judge