**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ZAPATA COUNTY, TEXAS, <br> MELISSA CIGARROA, <br> CCMD, LLC & GEORGE C. <br> RINCON, <br><br>     *Plaintiffs,* <br><br> v. <br><br> JOSEPH R. BIDEN, JR. PRESIDENT OF <br> THE UNITED STATES; ALEJANDRO <br> MAYORKAS, as the secretary of THE <br> UNITED STATES OF AMERICA'S <br> DEPARTMENT OF HOMELAND <br> SECURITY and TROY MILLER, as <br> the Acting Commissioner of THE UNITED <br> STATES CUSTOMS AND BORDER <br> PROTECTION, <br><br>     *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CASE NO. 5:20-CV-106 |

**JOINT ADVISORY**

1. On July 20, 2021, the Court stayed[1] Civil Action No. 5:20-CV-106 and ordered the Plaintiffs and Defendants (collectively, the "Parties") to file a Joint Advisory on the status of this case on or before September 20, 2021.

2. The purpose of the stay was to allow the United States Department of Homeland Security ("DHS") to complete a thorough review and replanning process and for the parties to evaluate the impacts this would have on the present case.[2]

3. On June 9, 2021, DHS released the agency's plan for funds the previous administration was planning to use for construction of a border wall at the Southwest border of the United States.[3]

---

[1] Dkt. No. 37
[2] Dkt. No. 36
[3] https://www.dhs.gov/sites/default/files/publications/21_0611_dhs_security_border_wall_plan.pdf

The plan directs that prior to further construction, DHS will undertake a thorough review and replanning process, to include: engage in standard environmental planning, enter into robust and substantive consultation with stakeholders, and review status of all pending border wall land eminent domain actions.

4.      On July 23, 2021, DHS announced the termination of two border barrier contracts in the Laredo Sector that are not necessary to address any life, safety, environmental, or other remediation requirements.

5.      On August 18, 2021, DHS informed the Department of Justice that Rights of Entry in the Laredo Sector would move forward in order to conduct environmental and design assessments.

6.      In light of these recent events, the Parties request an additional 60-day stay in order to evaluate the impacts of the Laredo Sector contracts termination and the start of environmental assessments have on the present case. For these reasons, the Parties recommend that the case be stayed for 60 days, through November 19, 2021.


Respectfully Submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas


By: s/P. Conner Kirtley
**P. CONNER KIRTLEY**
Assistant United States Attorney
Southern District of Texas No. 3563689
Oklahoma Bar No. 32440
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Telephone: (956) 723-6523
E-mail: Philip.Kirtley@usdoj.gov
*Counsel for Defendants*


By: s/Carlos E. Flores **(by permission)**
**CARLOS EVARISTO FLORES**

Southern District of Texas No. 940935
Texas Bar No. 24050606
WHITWORTH CIGARROA, PLLC
602 East Calton, Suite 201
Laredo, Texas 78041
Telephone: (956) 727-4441
Facsimile: 956.727.2696
E-mail: cflores@wctexlaw.com

*Counsel for Plaintiffs*