UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| ZAPATA COUNTY, TEXAS, <br> MELISSA CIGARROA, <br> CCMD, LLC & GEORGE C. RINCON, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH R. BIDEN, JR. PRESIENT OF THE UNITED STATES; ALEJANDRO MAYORKAS, as the secretary of THE UNITED STATES OF AMERICA'S DEPARTMENT OF HOMELAND SECURITY and TROY MILLER, as the Acting Commissioner of THE UNITED STATES CUSTOMS AND BORDER PROTECTION, <br> Defendants. | § § § § § § § § § § § § § § § § § § § | 5:20-CV-106 |

**ORDER**

On July 20, 2021, a Court Order stayed this action and ordered the parties to file a Joint Advisory on the status of this case by September 20, 2021. (Dkt. No. 37.) On September 20, the Parties filed a Joint Advisory requesting an extension of the stay. (Dkt. No. 38.) Due to the Department of Homeland Security's recent termination of two border barrier contracts in the Laredo Sector, and the start of an environmental assessment there, the parties request an additional 60-day stay to evaluate these impacts in this case. *Id.*

Courts have the discretionary authority to stay proceedings "in the interest of justice and in control of their dockets." *Wedgeworth v. Fibreboard Corp.*, 706 F.2d 541, 545 (5th Cir. 1983). Given the new developments in the Laredo Sector, the Court concludes that the interests of justice


and judicial economy weigh in favor of staying all proceedings until November 19, 2021.  This case is hereby **STAYED** until November 19, 2021.  It is further **ORDERED** that Parties file a joint advisory regarding the status of this case on or before November 19, 2021.

    IT IS SO ORDERED.

    Signed on September 21, 2021, in Laredo, Texas.

*Diana Song Quiroga*
_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE