United States District Court
Southern District of Texas
**ENTERED**
August 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **ZAPATA COUNTY, TEXAS,** *et al.*, § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:20-CV-00106 |
| § | |
| **JOSEPH R BIDEN, JR.,** *et al.*, § | |
| § | |
| **Defendants.** § | |

### ORDER

Plaintiffs Zapata County, Texas, Melissa Cigarroa, CCMD, LLC, and George Rincon, and Defendants Joseph R Biden, Jr., Alejandro Mayorkas, as the Secretary of the United States of America's Department of Homeland Security, and Christopher Magnus, Commissioner of the United States Customs and Border Protection filed a self-effectuating Stipulation of Dismissal without Prejudice (Dkt. 69). *See* FED. R. CIV. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all Parties, notifies the Court that the case has been dismissed without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this August 21, 2023.

_____
Diana Saldaña
United States District Judge